UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

KATHY JUANITA REAVES and )
FREDERICK L. McCALLUM )
    Plaintiffs, )
        )
v. )   **JUDGMENT**
        )   7:22-CV-204-FL
MAXTON POLICE DEPARTMENT, )
PUBLIC SCHOOLS OF ROBESON )
COUNTY, ROBESON COUNTY BOARD )
OF EDUCATION and FREDDIE )
L. WILLIAMSON )
    Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 12, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on April 12, 2023, and Copies To:**
Kathy Juanita Reaves (via US mail) 906 North Smith Street, Mullins, SC 29574
Frederick L. McCallum (via US mail) 809 Barker Ten Mile Road, Apt 1, Lumberton, NC 28358

April 12, 2023      PETER A. MOORE, JR., CLERK

           _/s/ Sandra K. Collins_____
           (By) Sandra K. Collins, Deputy Clerk